# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARCUS ANTHONY TERRELL,<br><br>*Plaintiff*,<br><br>v.<br><br>WARDEN SEALS, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:23-cv-00315-TES-CHW |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL

The United States Magistrate Judge issued a Recommendation of Dismissal [Doc. 8] on November 2, 2023. The magistrate judge recommended that the Court deny Plaintiff Marcus Anthony Terrell's Motion for Leave to Proceed *in Forma Pauperis* ("IFP") [Doc. 3], dismiss the claims asserted in Plaintiff's Complaint [Doc. 1] without prejudice, and deny Plaintiff's pending Motion for Preliminary Injunction [Doc. 5] as moot. [Doc. 8, pp. 1, 4–5]. After receiving an extension of time to do so, Plaintiff filed a timely Objection [Doc. 11] on December 8, 2023. *See* [Doc. 9]; [Doc. 10]. Therefore, the Court reviews de novo "those portions of the [Recommendation] to which" Plaintiff objected and reviewed all other portions for clear error. 28 U.S.C. § 636(b)(1).

After a thorough review of Plaintiff's Objection, the Court finds that it lacks merit. *See* [Doc. 11]. First, Plaintiff objects to the magistrate judge's recommendation to

deny his motion for leave to proceed IFP, arguing that he "could *not* be considered *not* to be indigent." [*Id.* at p. 1 (emphasis added)]. However, the magistrate judge concluded that Plaintiff is barred from proceeding IFP by the "three strikes rule" of 28 U.S.C. § 1915(g), and so Plaintiff's financial status is irrelevant. [Doc. 8, pp. 2–5].

Next, Plaintiff objects to the magistrate judge's finding "that this case should be subject to the three strikes rule," arguing that he is in "imminent danger of serious physical injury." [Doc. 11, pp. 1–2]. According to Plaintiff, prison officials repeatedly assaulted him, threatened him, spread rumors about him, and provided him with subpar medical treatment. *See* [Doc. 1, pp. 5, 7–9, 11]. But, to the extent that Plaintiff attempts to allege specific facts to avail himself of the imminent danger exception to the three strikes rule, his allegations simply do not "demonstrate an imminent danger of serious physical injury." *See Sutton v. Dist. Att'y's Off.*, 334 F. App'x 278, 279 (11th Cir. 2009) (per curiam).

Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation of Dismissal [Doc. 8] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* [Doc. 3], **DISMISSES**[1] Plaintiff's Complaint [Doc. 1] **without prejudice** under

---

[1] "[T]he proper procedure is for the district court to dismiss the complaint without prejudice when it denies [a] prisoner leave to proceed *in forma pauperis* pursuant to the three strikes provision of [28 U.S.C.] § 1915(g). The prisoner cannot simply pay the filing fee after being denied *in forma pauperis* status. He must pay the filing fee at the time he *initiates* the suit." *Dupree v. Palmer*, 284 F.3d 1234 (11th Cir. 2002).

3

the three strikes rule, and **DENIES as moot** Plaintiff's pending Motion for Preliminary Injunction [Doc. 5].

    **SO ORDERED**, this 13th day of December, 2023.

                                        S/ Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**