IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARCUS ANTHONY TERRELL,     *

    Plaintiff,    *

v.     Case No. 5:23-cv-00315-TES-CHW

     *

WARDEN SEALS, et al., 

     *

    Defendant.

     *

## **J U D G M E N T**

Pursuant to this Court's Order dated December 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 14th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk